

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00589-CV

ROSEMARY THOMPSON AND TIMOTHY E. THOMPSON, Appellants

V.

HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-HE3 ASSET BACKED PASS-THROUGH CERTIFICATES, Appellee

Appeal from the 80th District Court of Harris County.  (Tr. Ct. No. 2013-14050).

This case is an appeal from the final judgment signed by the trial court on June 12, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court orders that the appellants, Rosemary Thompson and Timothy E. Thompson, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 30, 2015.

Panel consists of Justices Jennings, Bland, and Brown. Opinion delivered by Justice Jennings.